1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9   Eduardo Ramos,                              No. CV-23-01111-PHX-DMF
10              Plaintiff,                       **ORDER**
11  v.
12  Probuilds LLC, et al.,
13              Defendants.
14

15          This matter was assigned to Magistrate Judge Deborah M. Fine. (Doc. 3). On

16  November 7, 2023, the Magistrate Judge filed a Report and Recommendation with this

17  Court.[1] (Doc. 18). The Magistrate Judge has recommended that Plaintiff's Motion for

18  Default Judgment against Defendants be granted. To date, no objections have been filed.

19

20  [1]     This case is assigned to a Magistrate Judge. However, not all parties have
    consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court
21  pursuant to General Order 21-25, which states in relevant part:

22          When a United States Magistrate Judge to whom a civil action has been
            assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be
23          appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1)
            due to incomplete status of election by the parties to consent or not consent
24          to the full authority of the Magistrate Judge,

25          **IT IS ORDERED** that the Magistrate Judge will prepare a Report and
            Recommendation for the Chief United States District Judge or designee.

26          **IT IS FURTHER ORDERED** designating the following District Court
            Judges to review and, if deemed suitable, to sign the order of dismissal on
27          my behalf:

28          Phoenix/Prescott: Senior United States District Judge Stephen M.
            McNamee

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 18).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Entry of Default Judgment Against Defendants. (Doc. 17).

**IT IS FURTHER ORDERED awarding** Plaintiff $3,200.00 plus post-judgment interest against Defendant Probuilds LLC. All Defendants are jointly and severally liable for $2,277.50 of that amount plus post-judgment interest thereon.

**IT IS FURTHER ORDERED directing** the Clerk of the Court to enter judgment accordingly.

Dated this 12th day of January, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge

- 2 -